**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Aundra LOGAN, Defendant—Appellant.**

No. 09–6359.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 5, 2009.

Aundra Logan, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

* This case was decided by the magistrate judge upon consent of the parties under 28 U.S.C. § 636(c) (2006) and Fed.R.Civ.P. 73.

**PER CURIAM:**

Aundra Logan appeals the district court's order denying his § 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Therefore we affirm for the reasons stated by the district court. *United States v. Logan,* No. 1:00–cr–00006–LHT–2 (W.D.N.C. Feb. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*